■ NICHOLAS P. ZOTOS, Appellant, v ROBERT GOTTLIEB et al., Respondents.—Appeal by the plaintiff from an order of the

Supreme Court, Suffolk County (Luciano, J.), entered April 7, 1988.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Luciano at the Supreme Court. Thompson, J. P., Bracken, Kunzeman and Rubin, JJ., concur.